UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ALICIA CATTEN, | Civil No. 3:25-cv-02690-BAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Appeals Council will direct the Administrative Law Judge to:

• Further evaluate the claimant's alleged symptoms, including any possible reasons for noncompliance with treatment, and provide rationale in accordance with the disability regulations pertaining to evaluation of symptoms (20 C.F.R. § 416.929; Social Security Ruling 16-3p).

Page 1        ORDER - [2:25-CV-02690-BAT]

- Offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, including a consultative examination, if necessary, and issue a new decision.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 4th day of May, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

s/ John B. Drenning
_____
JOHN B. DRENNING
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
john.drenning@ssa.gov

Page 2        ORDER - [2:25-CV-02690-BAT]